# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139104

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

CALVIN JOHNSON,
Defendant-Appellant.

SC: 139104
COA: 289621
Oakland CC: 04-197179-FC;
04-197231-FC;
04-198321-FC

_____/

On order of the Court, the application for leave to appeal the May 6, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

d1214